WILLIAM MONROE BLYTHE, EMPLOYEE, v. R. C. WELBORN, DOING BUSI-
NESS AS R. C. WELBORN CONSTRUCTION COMPANY, EMPLOYER, AND
BITUMINOUS CASUALTY CORPORATION, CARRIER.

(Filed 19 May, 1943.)

APPEAL by defendants from *Bobbitt, J.,* at February Term, 1943, of
GUILFORD.

*Roberson, Haworth & Reese for plaintiff.*
*Sapp & Sapp for defendants.*

PER CURIAM. Plaintiff, employee, brings this action under the pro-
visions of the Workmen's Compensation Act, against the employer and
insurance carrier, to obtain compensation for injuries.

There is evidence to support the findings of fact by the Commission,
upon which the liability of the defendants is declared, and we find no
error in the conclusions of law, or in the judgment of the court below
affirming the award. *Eller v. Leather Co.,* 222 N. C., 23, 21 S. E. (2d),
809; *Blevins v. Teer,* 220 N. C., 135, 16 S. E., (2d), 659; *Beach
McLean,* 219 N. C., 521, 14 S. E. (2d), 515.

The judgment is
Affirmed.